| AO 10<br>Rev. 1/2010 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2009** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Varlan, Thomas A. | 2. Court or Organization<br><br>U.S. District Court, E. Tenn. | 3. Date of Report<br><br>05/04/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>U. S. District Court<br>800 Market Street<br>Knoxville, TN 37902 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Board of Visitors, University of Tennessee, College of Arts & Sciences |
| 2. Director | Bearden High School Foundation |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE   2010 MAY 14 P 12:46   RECEIVED

Varlan, Thomas A.

| Name of Person Reporting | Date of Report |
|---|---|
| Varlan, Thomas A. | 05/04/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Varlan, Thomas A. | 05/04/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Varian, Thomas A. | 05/04/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AmSouth Bank Accounts | B | Interest | L | T | | | | | |
| 2. Coca Cola Common Stock | B | Dividend | L | T | | | | | |
| 3. BB&T Common Stock | A | Dividend | J | T | | | | | |
| 4. City of Knoxville Deferred Compensation Program (457) | A | Dividend | | | Closed | 02/06/09 | M | | |
| 5. - Fidelity Contrafund | | | | | Sold | 02/06/09 | K | B | |
| 6. - Nationwide Fixed Account | | | | | Sold | 02/06/09 | K | B | |
| 7. - AIM Century Vista Fd. | | | | | Sold | 02/06/09 | J | B | |
| 8. - NW Gartumura To. Return Fund D | | | | | Sold | 02/06/09 | J | A | |
| 9. -FedUS G'tsc Fnd 2-5Yrs. | | | | | Sold | 02/06/09 | J | B | |
| 10. - New Intl. Val Inst. S vc. | | | | | Sold | 02/06/09 | J | B | |
| 11. - New Bar Genesis Fund | | | | | Sold | 02/06/09 | J | A | |
| 12. - American Funds Growth Fund of America | | | | | Sold | 02/06/09 | J | B | |
| 13. Wachovia Securities - IRA 1 | A | Dividend | | | Closed | 02/06/09 | L | | |
| 14. - Evergreen US Govt. | | | | | Sold | 02/06/09 | J | A | |
| 15. - Alliance Bernstein Growth & Income Fd. Cl.C | | | | | Sold | 02/06/09 | J | A | |
| 16. - Allianz NJF Small Cap Value Fund CL-C (X) | | | | | Sold | 02/06/09 | J | A | |
| 17. - Dreyfus Premier Worldwide Growth Fd. Cl.C | | | | | Sold | 02/06/09 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Varlan, Thomas A. | 05/04/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Eaton Vance Growth Tr. Worldwide Health Science Fd. C | | | | | Sold | 02/06/09 | J | A | |
| 19. - Evergreen Omega Fd. Cl. C | | | | | Sold | 02/06/09 | J | A | |
| 20. - Fidelity Advisor Ser. I Mid-Cap Fd. Cl. C | | | | | Sold | 02/06/09 | J | A | |
| 21. - Ivy Fd. European Opportunities Fd. Cl. C | | | | | Sold | 02/06/09 | K | A | |
| 22. - Goldman Sachs Core U.S. Equity Fd. Cl. C | | | | | Sold | 02/06/09 | J | B | |
| 23. - Pimco High Yield Fund Cl. C | | | | | Sold | 02/06/09 | J | B | |
| 24. - Seligman Communication & Information Fd. Inc. Cl. D | | | | | Sold | 02/06/09 | J | A | |
| 25. - VK Emerging Growth CL. C | | | | | Sold | 02/06/09 | J | A | |
| 26. Wachovia Securities IRA 2 | A | Dividend | | | Closed | 02/06/09 | K | | |
| 27. - Evergreen Omega Fd. Cl. C | | | | | Sold | 02/06/09 | J | A | |
| 28. - Goldman Sachs Tr. Growth Opps. Fd. Cl. C | | | | | Sold | 02/06/09 | J | A | |
| 29. - John Hancock Invt. Tr. II Small Cap. Equity Fd. C | | | | | Sold | 02/06/09 | J | A | |
| 30. - Ivy Fd. European Opportunities Fd. Cl. C | | | | | Sold | 02/06/09 | J | A | |
| 31. UBS | A | Dividend | | | Closed | 02/06/09 | J | | |
| 32. - UBS Retirement Money Fund | | | | | Sold | 02/06/09 | J | A | |
| 33. U. S. Savings Bond | A | Interest | J | T | | | | | |
| 34. Tennessee's BEST Prepaid Tuition Accounts | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Varlan, Thomas A. | 05/04/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Strategic Portfolio Service Advantage IRA - 1 | E | Dividend | M | T | Open | 02/06/09 | M | | |
| 36. - Fidelity Adv. Strategy Income | A | Dividend | J | T | Buy | 02/26/09 | J | | |
| 37. - UMB Scout Stock | A | Dividend | J | T | Buy | 02/26/09 | J | | |
| 38. - Fideltiy Advisor New Insights | A | Dividend | J | T | Buy | 02/26/09 | J | | |
| 39. - AM Century Equity Income | A | Dividend | J | T | Buy | 02/26/09 | J | | |
| 40. - Fidelity Advisors Float Rt | A | Dividend | J | T | Buy | 02/26/09 | J | | |
| 41. - Franklin Mutual Discovery | A | Dividend | J | T | Buy | 02/26/09 | J | | |
| 42. - American Century Diversified Bond | A | Dividend | J | T | Buy | 02/26/09 | J | | |
| 43. - American Century Heritage | A | Dividend | J | T | Buy | 02/28/09 | J | | |
| 44. - Franklin Mutual Discovery | A | Dividend | J | T | Buy (add'l) | 03/13/09 | J | | |
| 45. - American Century Equity Income | A | Dividend | J | T | Buy (add'l) | 03/13/09 | J | | |
| 46. - Fidelity Advisors New Insights | A | Dividend | J | T | Buy (add'l) | 03/13/09 | J | | |
| 47. - American Century Heritage | A | Dividend | J | T | Buy (add'l) | 03/13/09 | J | | |
| 48. - UMB Scout Stock | A | Dividend | J | T | Buy (add'l) | 03/13/09 | J | | |
| 49. - American Century Diversified Bond | A | Dividend | J | T | Buy (add'l) | 03/13/09 | J | | |
| 50. - Fidelity Advisor Float Rt. | A | Dividend | J | T | Buy (add'l) | 03/13/09 | J | | |
| 51. - Fidelity Advisors Strategy Income | A | Dividend | J | T | Buy (add'l) | 03/13/09 | J | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less        K =$15,001 - $50,000       L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000    O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                                P3 =$25,000,001 - $50,000,000                         P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal              R =Cost (Real Estate Only)  S =Assessment                 T =Cash Market
   (See Column C2)              U =Book Value             V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Varlan, Thomas A. | 05/04/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Fidelity Advisor Float Rt. | A | Dividend | J | T | Buy (add'l) | 09/11/09 | J | | |
| 53. - American Century Heritage | A | Dividend | J | T | Sold (part) | 09/11/09 | J | A | |
| 54. - American Century Heritage | A | Dividend | | T | Sold (part) | 12/30/09 | J | A | |
| 55. - American Century Diversified Bond | A | Dividend | J | T | Sold (part) | 12/30/09 | J | A | |
| 56. Strategic Advantage Service Portfolio IRA - 2 | A | Dividend | J | T | Open | 02/26/09 | J | | |
| 57. - Franklin Mutual Discovery | A | Dividend | J | T | Buy | 02/26/09 | J | | |
| 58. - UMB Scount Stock | A | Dividend | J | T | Buy | 02/26/09 | J | | |
| 59. - Fidelity Advisors Strategy Income | A | Dividend | J | T | Buy | 02/26/09 | J | | |
| 60. - American Century Equity Income | A | Dividend | J | T | Buy | 02/26/09 | J | | |
| 61. - Fidelity Advisors Float Rt. | A | Dividend | J | T | Buy | 02/26/09 | J | | |
| 62. - Fidelity Advisors New Insights | A | Dividend | J | T | Buy | 02/26/09 | J | | |
| 63. - American Century Diversified Bond | A | Dividend | J | T | Buy | 02/26/09 | J | | |
| 64. - American Century Heritage | A | Dividend | J | T | Buy | 02/26/09 | J | | |
| 65. Strategic Portfolio Service Advantage, SEP/IRA | A | Dividend | J | T | Open | 02/26/09 | J | | |
| 66. - Ishares Russell 3000 Index Fund | A | Dividend | J | T | Buy | 02/26/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Varlan, Thomas A. | 05/04/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544